# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| MARCUS RANDALL BROWN, | ) | CLERK'S JUDGMENT |
| | ) | |
| Petitioner, | ) | 5:13-CV-00107-RJC |
| | ) | |
| vs. | ) | |
| | ) | |
| DENNIS DANIELS, Administrator, | ) | |
| Maury Correctional Institution, | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court by Petition for Writ of Habeas Corpus and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 7, 2013, Order.

October 7, 2013

Frank G. Johns, Clerk
United States District Court